E-FILED
Wednesday, 22 January, 2020  10:54:12 AM
Clerk, U.S. District Court, ILCD

Derrick Anthony Stewart
Reg. No. 18024-030
Federal Correctional Institution
P.O. Box 5000
Pekin, Il 61555

⇔18024-030⇔
    Federal Building
    100 NE Monroe ST
    ROOM 112
    Peoria, IL 61602
    United States

**FILED**

JAN 2 1 2020

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DICTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA

DERRICK ANTHONY STEWART          )
    Plaintiff/Petitioner,        )
V.                               )
                             )
PEKIN FEDERAL CORRECTIONAL INSTITUTION, )   Case No. 20-1030
JEFFERY LEE HO MD,               )
SCOTT MOATS MD,                  )
SHANE JOHNSON HSA,               )
JANE AND JOHN DOES,              )
    Defendants/Responents.       )

DELIBERATE INDIFFERENCE, DENIAL OF MEDICAL CARE, MEDICAL MALPRATICE
AND NEGLIGENCE.

Plaintiff writes to seek legal assistance of appointment of
counsel with this deliberate indifference, denial of medical care,
medical malpractice negligence and pending appointment to amputate
his ankle following a basketball game.

1. On or about 5/09/2018 plaintiff was in a basketball game
at United States Penitentiary Levenworth in which he twisted his
ankle. See Medical Reports Attached.

2. On or about 5/16/2018 plaintiff a 50 year old black male
arrived to Federal Correctional Institution Pekin complaining of
pain and swelling in his left ankle.  See Medical Reports Attached.

3. On or about 2/05/19 an MRI was ordered and comleted. Results
showed full thickness longitudinal tear of the distal peroneus tendon
at the level of the lateralmalleolus with mild tenosynovitis. See Medical
Reports Attached.

4. On 3/28/19 due to continued swelling, pain, and abnormal MRI Plaintiff was sent to PODIATRY for evaluation. A repeat x-ray was done in the office which apparently showed a TALAR Fracture. He was recommended ORTHOPEDIC CONSULT for surgical intervention of talar fracture and tear of the left distal peroneus brevis tendon. See Medical Reports Attached.

5. On 4/11/19 due to continued swelling, pain, and abnormal MRI, Plaintiff was evaluated by ORTHO who recommended reticulated AFO. Plaintiff cannot properly fit into AFO due to swelling of anklefoot. Requesting referral back to ORTHO for further evaluation and treatment. See Medical Reports Attached.

6. On or about 10/15/19 assessment of charcot anthropaths and a plan was devised which stated (no further orthopedic management since patient has failed brace management and is not a surgical candidate, and does not want an amputation). As recommended. See Reports.

Wherefore Plaintiff who has no legal training and no medical training writes seeking assistance of appointment of counsel to help with this matter of urgency, before his ankle is cut or infection kills him

Thank you for your time and attention in this urgent matter. I hope to hear back from you at your earliest convenience.

Derrick Anthony Stewart

CERTIFICATE OF SERVICE

I declare that the foregoing information was sent to the opposing party via U.S. Mail prepaid postage first class:

Signed this 14 day of January 2020.

Respectfully,

Derrick Anthony Stewart
Pro Se w/ Legal Assistants

Note: Petitioner has written many attorney over the last few months to no avail. All adminstrative remedies have been filed. Petitioner is incarcerated and indigent.