E-FILED
Monday, 02 March, 2020  09:03:54 AM
Clerk, U.S. District Court, ILCD

Derrick Anthony Stewart
Reg. No. 18024-030
Federal Correctional Institution
P.O. Box 5000
Pekin, IL 61555

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF PEORIA

DERRICK ANTHONY STEWART
    Plaintiff/Petitioner,

V.

FREDERICK ENTZEL JR., WARDEN
KEITH PULLEN, ASSOCIATE WARDEN
FNU HICKS, ASSOCIATE WARDEN
JEFFERY LEE HO MD,
SCOTT MOATS MD,
SHANE JOHNSON HSA,
JANE AND JOHN DOES,
    Defendants/Respondents.

Case No. 20-1030-CSB

AMENDED COMPLAINT

I. JURISDICTION & VENUE

1. This is a civil action authorized by Bivens V. Six unknown defendants.

2. The United States District Court Central District of Peoria is an appropriate venue under federal law. Plaintiff has exhausted all administrative remedies.

II. PLAINTIFFS

3. Plaintiff, Derrick Anthony Stewart, is and was at all times mentioned herein a prisoner of the Federal Bureau of Prisons, in the custody of the Federal Bureau of Prisons.

III. DEFENDANTS

4. Defendant FREDERICK ENTZEL JR. is the Warden of FCI PEKIN and all other defendants listed above are medical staff. FREDERICK ENTZEL JR. is legally responsible for the overall operation of the Department and each institution under it's jurisdiction, including FCI PEKIN. The medical staff caused the deliberate indifference.

5. Defendant FREDERICK ENTZEL JR. is the Warden of FCI PEKIN. He is legally responsible for the operations of FCI PEKIN and for the welfare of all the inmates in that prison.

6. Defendants Jeffery Lee Ho Md, Scott Moats Md, Shane Johnson HSA, Jane and John Does are all medical staff of the Federal Bureau of Prisons who, at all times mentioned in this complaint, held the rank of medical staff and were assigned to FCI PEKIN.

7. Each defendant is sued individually and in his or her official capacity. At all times mentioned in this complaint each defendant acted under the color of state law.

IV. FACTS
DELIBERATE INDIFFERENCE, DENIAL OF MEDICAL CARE, MEDICAL MALPRACTICE AND NEGLIGENCE.
  Plaintiff writes to seek legal assistance of appointment of counsel with this deliberate indifference, denial of medical care,

medical malpractice negligence and pending appointment to amputate his ankle following a basketball game.

8. On or about 5/09/2018 plaintiff was in a basketball game at United States Penitentiary Leavenworth in which he twisted his ankle. See Medical Reports Attached.

9. On or about 5/16/2018 plaintiff, a 50 year old black male, arrived at Federal Correctional Institution Pekin complaining of pain and swelling in his left ankle. See Medical Reports Attached.

10. On or about 5/16/18 Plaintiff complained upon the date of his arrival. Went to sick call several times. Was delayed in seeing the doctors. Only seen nurses and nurse practitioners.

11. On or about 6/7/18 Plaintiff went to sick call. Complained of pain. Was put on pain medications.

12. On or about 6/12/18 Plaintiff went to sick call. Complained of pain. Was put on pain medications.

13. On or about 6/26/18 Plaintiff went to sick call. Complained of pain. Was put on pain medications.

14. On or about 6/28/18 Plaintiff went to sick call. Complained of pain. Was put on pain medications.

15. On or about 7/21/18 Plaintiff went to sick call. Complained of pain. Was put on pain medications.

16. On or about 9/21/18 Plaintiff went to sick call. Complained of pain. Was put on pain medications. Ankle swollen to a busted, open wound.

17. On or about 10/18/18 Left ankle swollen to twice the size as right. Medical shoes were given after complaint filed.

18. The defendants did not inform there was a fracture. The outside Pediatrist showed Plaintiff the fracture on the X-Ray screen.

19. The defendants delayed surgery which caused injury to worsen. Failing his Orthopedic brace management, making him not a candidate for surgery, but a candidate for amputation due to the defendants delay.

20. On or about 2/05/19 an MRI was ordered and completed. Results showed full thickness longitudinal tear of the distal peroneus tendon at the level of the lateralmalleolus with mild tenosynovitis. See Medical Reports Attached.

21. On 3/28/19 due to continued swelling, pain, and abnormal MRI, Plaintiff was sent to PODIATRY for evaluation. A repeat x-ray was done in the office which apparently showed a TALAR Fracture. He was recommended ORTHOPEDIC CONSULT for surgical intervention of talar fracture and tear of the left distal peroneus brevis tendon. See Medical Reports Attached.

22. On 4/11/19 due to continued swelling, pain, and abnormal MRI, Plaintiff was evaluated by ORTHO who recommended reticulated AFO. Plaintiff cannot properly fit into AFO due to swelling of ankle/foot. Requesting referral back to ORTHO for further evaluation and treatment. See Medical Reports Attached.

23. On or about 6/1/19 Ruskin Foot and Ankle Clinic's Pediatrist, and Midwest Orthopedic Surgery stated to Plaintiff the surgery could still fix the injury.

24. On or about 10/15/19 assessment of charcot anthropaths and a plan was devised which stated (no further orthopedic management since patient has failed brace management and is not a surgical candidate, and does not want an amputation). As recommended. See Reports.

V. LEGAL CLAIMS

25. Plaintiffs reallege and incorporate by reference paragraphs 1-24.

26. The deliberate indifference violated Plaintiff Derrick Anthony Stewart's rights and constituted the amendments under the Equal rights, due process, and cruel and unusual punsishment of the United States Constitution.

27. The Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably inured by the conduct of the defendants unless this court grants the declaratory and injunctive relief which Plaintiff seeks.

VI. PRAYER FOR RELIEF (

Wherefore, Plaintiff respectfully prays that this court enter judgment granting Plaintiff:

28. A declaratiions that the acts and ommissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

29. A preliminary and permanent injunction ordering defendants to pay the Plaintiff.

30. Compensatory damages in the amount of $1,000,000 against each defendant, jointly and severally.

31. Punitive damages in the amount of $1,000,000 against each defendant.

32. A jury trial on all issues triable by jury

33. Plaintiff's costs in this suit

34. Any additional relief this court deems just, proper, and equitable

Dated: 2-23-2020

Respectfully Submitted:,
Derrick Anthony Stewart
Federal Correctional Institution
P.O. Box 5000
Pekin IL, 61555

VERIFICATION

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the following is true and correct.

Executed at Pekin Illinois on 2/22/20

Signature,
Derrick Anthony Stewart

Derrick Anthony Stewart

## CERTIFICATE OF SERVICE

I declare that the foregoing information was sent to the opposing party via U.S. Mail prepaid postage first class:
Signed this 23 day of Feb 2020.

Respectfully,

Derrick Anthony Stewart
Pro Se w/ Legal Assistants

Note: Petitioner has written many attorneys over the last few months to no avail. All administrative remedies have been filed. Petitioner is incarcerated and indigent.